UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATIE WAIDMANN, an individual

    Plaintiff,

v.                                      Case No.: 2:20-cv-162-FtM-38MRM

ADVANCED RADIOLOGY IMAGING
ASSOCIATES, LLC, MI MEDICAL
SPA, LLC and SAURIN J. SHAH,

    Defendants.
_____/

## OPINION AND ORDER[1]

Before the Court is the parties Joint Motion to Stay Counts II-VI (Doc. 26). The Plaintiff filed this action for an FLSA violation and five state-law tort claims (Doc. 1). Defendants moved to dismiss the state-law claims for lack of jurisdiction (Doc. 21). The parties have agreed to mediate all Waidmann's claims on July 1, 2020. And they state that if the Court dismisses the state-law claims, she will file them in state court along with her FLSA claim, and Defendants will remove that case to this Court. So to promote judicial economy, the parties ask the Court to stay the state-law counts and extend Waidmann's time to respond to the motion to dismiss until after mediation.

The Court does not find good cause to stay Waidmann's state-law claims, but it will grant the parties' request to extend her time to respond to the motion to dismiss.

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

The parties Joint Motion to Stay Counts II-VI (Doc. 26) is **GRANTED in part and DENIED in part**. Plaintiff Katie Waidmann may file a response to Defendants' motion to dismiss (Doc. 21) on or before **July 10, 2020**.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of June, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record