UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATIE WAIDMANN, an individual

       Plaintiff,

v.                                            Case No.:  2:20-cv-162-FtM-38MRM

ADVANCED RADIOLOGY IMAGING
ASSOCIATES, LLC, MI MEDICAL
SPA, LLC and SAURIN J. SHAH,

       Defendants.
_____/

## **OPINION AND ORDER**[1]

     Before the Court are the parties' Notice of Settlement (Doc. 35) and Joint Stipulation for Dismissal (Doc. 36).  Katie Waidmann sued Advanced Radiology Imaging Associates, LLC, MI Medical Spa, LLC, and Saurin J. Shah under the Fair Labor Standards Act (FLSA) for unpaid overtime and for five common law tort claims.  (Doc. 1).  The parties now inform the Court they have resolved Waidmann's FLSA claim without compromise and with attorney fees and costs negotiated and paid separately.  Therefore, there is no need for the Court to review and approve the settlement for fairness.  *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *see also Mackenzie v. Kindred Hosps. East, L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003).  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

action voluntarily by filing a stipulation signed by all parties who have appeared, as Waidmann has done here.

Accordingly, it is now

**ORDERED:**

1. The case is **DISMISSED with prejudice**.

2. The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of August, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record